Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET      U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ● NO     **DOCKET NUMBER:** 3:25-CR-38-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** | :US vs JOSE NAPOLEAN LICONA-SERRANO |
| **COUNTY OF OFFENSE** | MECKLENBURG |
| **RELATED CASE INFORMATION** | |
| *Magistrate Judge Case Number* | |
| *Search Warrant Case Number* | |
| *Miscellaneous Case Number* | |
| *Rule 20b* | |
| **SERVICE OF PROCESS** | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*    ◯ Petty    ◯ Misdemeanor    ● Felony

8 U.S.C. §§ 1326(a) and (b)(1)

**JUVENILE:** ◯ Yes    ● No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** | KENNETH M. SMITH |
| **VICTIM/WITNESS COORDINATORS:** | |
| **INTERPRETER NEEDED** | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |