# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Jose Napoleon-Serrano

Case Number: 5:24CR-38-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 8/1326(a) and (b)(1) -- illegal reentry by an convicted felon | n/a | 10 years maximum imprisonment, $250,000 fine, 3 years maximum term of supervised release |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL? ☐ YES ☒ NO
* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED? ☐ YES ☒ NO
* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM? ☐ YES ☒ NO
* 18 U.S.C. 924(C) ONLY

IF YES ☐ BRANDISH

☐ DISCHARGE