FILED
Charlotte
Feb 28 2025
U.S. District Court
Western District of N.C.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL
12:13 pm, Feb 21 2025
WESTERN NORTH CAROLINA
CHARLOTTE

United States of America
v.
JOSE NAPOLEAN LICONA-SERRANO
*Defendant*

Case No. 3:25-CR-38-MOC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSE NAPOLEAN LICONA-SERRANO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: Illegal reentry by a felon

Date: 2/20/25

Issuing officer's signature

KATHERINE HORD SIMON, CLERK
*Printed name and title*

City and state: Charlotte, North Carolina

### Return

This warrant was received on *(date)* 2/21/2025, and the person was arrested on *(date)* 2/25/25
at *(city and state)* CHARLOTTE NC.

Date: 2/25/25

Arresting officer's signature

D.C. GAMBLE / DEPUTY U.S. MARSHAL
*Printed name and title*

Case: 3:25-cr-00038-MOC-SCR    Document 2    Filed 02/20/2025    Page 1 of 1
Case 3:25-cr-00038-MOC-SCR    Document 6    Filed 02/28/25    Page 1 of 1